[No. 996-2.   Division Two.   December 13, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD E. BURFOOT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 42650, Bertil E. Johnson, J., entered February 2, 1973. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Pearson, C.J., and Petrie, J.

[No. 940-3.   Division Three.   December 13, 1974.]

HERBERT G. HARMON, SR., *et al.*, *Respondents*, v. GERALD CHAMPOUX *et al.*, *Appellants*, THOMAS J. BRULOTTE *et al.*, *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 55277, Carl L. Loy, J., entered July 30, 1973. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 2624-1.   Division One.   December 16, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM HARRISON JOHNSON, JR., *Defendant*, MARVIN EARL HUELETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 64900, James J. Dore, J., entered September 28, 1973. *Affirmed* by unpublished opinion per James, J., concurred in by Horowitz and Williams, JJ.

[No. 2653-1.   Division One.   December 16, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES D. CABE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 5912. Dennis J. Britt, J., entered November 2, 1973. *Affirmed* by unpublished per curiam opinion.